**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**LETY RAMIREZ, on behalf of herself and all
others similarly situated,**

                **Plaintiffs,**

     v.                                                            Case No. 07-cv-02173-JWL-DJW

**MIDWEST AIRLINES, INC., and DOES 1
through 10, inclusive,**

                **Defendants.**

## ORDER

The Court hereby grants Mark A. Ferguson's Motion to Withdraw as Attorney (doc. 45).

Mark A. Ferguson is hereby withdrawn as counsel for Defendant Midwest Airlines, Inc. Brian C. Fries of Lathrop & Gage L.C. and Robert H. Friebert and Jeremy P. Levinson of Friebert, Finerty & St. John, S.C. remain as counsel for said Defendants.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 14th day of February 2008.

                                                                    s/ David J. Waxse
                                                                    David J. Waxse
                                                                    U.S. Magistrate Judge

cc:    All counsel and *pro se* parties